FILED
JAMES J. VILT, JR. - CLERK

AUG 20 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**TYLER CULL**

SUPERSEDING INDICTMENT

NO.   3:25-CR-65-CRS
18 U.S.C. § 2
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1
*(Distribution of Fentanyl Resulting in Death)*

On or about December 14, 2024, in the Western District of Kentucky, Jefferson County and Hardin County, Kentucky, **TYLER CULL**, aided and abetted by another or others, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, which resulted in the death of Victim #1.

In violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2
*(Possession with Intent to Distribute Fentanyl)*

On or about March 26, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **TYLER CULL**, knowingly and intentionally possessed with the intent to distribute 40

grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C) as charged in this Superseding Indictment, felonies punishable by imprisonment for more than one year, **TYLER CULL**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Superseding Indictment.

A TRUE BILL.

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:JRP 8-20-25

UNITED STATES OF AMERICA v. **TYLER CULL**

## PENALTIES

Count 1:        NM 20yrs./$1,000,000.00/both/NL 3 yrs. Supervised Release
                (If death or serious physical injury resulted: NL 20yrs./NM Life/$1,000,000/both/NL 3 yrs. Supervised Release)
Count 2:        NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release
FORFEITURE

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |
|---|---|---|---|---|

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

        LOUISVILLE:        Clerk, U.S. District Court
                                       106 Gene Snyder U.S. Courthouse
                                       601 West Broadway
                                       Louisville, KY  40202
                                       502/625-3500

        BOWLING GREEN:    Clerk, U.S. District Court
                                       120 Federal Building
                                       241 East Main Street
                                       Bowling Green, KY  42101
                                       270/393-2500

        OWENSBORO:        Clerk, U.S. District Court
                                       126 Federal Building
                                       423 Frederica
                                       Owensboro, KY  42301
                                       270/689-4400

        PADUCAH:           Clerk, U.S. District Court
                                       127 Federal Building
                                       501 Broadway
                                       Paducah, KY  42001
                                       270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.